HELEN O'DONOGHUE, Respondent, v. WILLIAM UNGER, Appellant, and MORRIS ELKIN, Defendant.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event, unless plaintiff stipulate within ten days to reduce the verdict to the sum of $25,000, in which event the judgment, as so modified, together with the costs of the trial as already taxed, is unanimously affirmed, without costs. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

ORCHID REALTY CORPORATION, Respondent, v. JAVIN BUILDING CORPORATION and Others, Defendants, and PHILIP B. TATARSKY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

PIE BAKERIES OF AMERICA — NEW YORK — INC., Respondent, v. CHARLES SOTIRIOU and PARADISE PIE BAKING CORPORATION, Appellants.— Order granting plaintiff's motion for temporary injunction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper and Seeger, JJ., concur; Rich, J., dissents and votes for reversal upon authority of *Clark Paper & Mfg. Co.* v. *Stenacher* (236 N. Y. 312), there being no secret list involved.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BENNETSEN, Appellant.— Judgment of conviction of the Court of Special Sessions, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CHASE, Appellant.— Judgment of conviction of the Court of Special Sessions, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN LEVINE and Others, Appellants.— Judgment of conviction of the County Court of Nassau county reversed upon the law and the facts and a new trial ordered upon the ground that the proof fails to show that the content of the bottles was not wine as represented. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

JOHN RAINONE, as Administrator, etc., of CHARLES RAINONE, Deceased, Respondent, v. "15 AND 5" TAXI CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

AUGUSTA RICCIO, as Administratrix de Bonis Non of the Goods, Chattels and Credits of FLORENCE RICCIO, Deceased, Appellant, v. H. S. CHARDAVOYNE, INC., Respondent.— Order setting aside verdict and granting a new trial reversed upon the law and the facts, with costs, verdict reinstated, and judgment directed to be entered thereon, with costs. The testimony of plaintiff's witness Ferraro, as to the horn, although improper, was subsequently cured by the testimony of defendant's witness Andres. No substantial right of defendant was thereby affected and it is, therefore, the duty of this court to disregard the error of the trial court. (*Guerin* v. *City of New York*, 214 App. Div. 800; Civ. Prac. Act, § 106.) There was no request made by defendant to limit the purpose for which such testimony was admitted. Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ., concur.